## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

JACQUELINE SHEPHERD, on behalf of
herself and all others similarly situated,

Civil Action No. 21-cv-799 (ENV) (VMS)

Plaintiff,

v.

GOOGLE LLC; BUNGIE, INC.; and
ID SOFTWARE LLC,

Defendants.

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant

Bungie, Inc. ("Bungie") that the above-captioned action is voluntarily dismissed, with prejudice,

against Bungie, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned parties

that each party shall bear its own fees and costs.

Dated: New York, New York
March 16, 2021

| THE LAW OFFICE OF JAMES C. KELLY | KAMERMAN, UNCYK, SONIKER & KLEIN, P.C. |
|---|---|
| By: _____ | By: _____ |
| James C. Kelly | Akiva M. Cohen |
| 244 5th Avenue, Suite K-278 | 1700 Broadway |
| New York, NY 10001 | New York, NY 10019 |
| jkelly@jckellylaw.com | acohen@kusklaw.com |
| (212) 920-5042 | (212) 400-4930 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Bungie, Inc.* |