UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JACQUELINE SHEPHERD, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

GOOGLE LLC; BUNGIE, INC.; and ID SOFTWARE LLC,

        Defendants.

Civil Action No. 21-cv-799 (ENV) (VMS)

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 3/18/2021

*/s/ Eric N. Vitaliano*

Eric N. Vitaliano
United States District Court

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant Bungie, Inc. ("Bungie") that the above-captioned action is voluntarily dismissed, with prejudice, against Bungie, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned parties that each party shall bear its own fees and costs.

Dated: New York, New York
       March 16, 2021

| THE LAW OFFICE OF JAMES C. KELLY | KAMERMAN, UNCYK, SONIKER & KLEIN, P.C. |
|---|---|
| By: *[signature]* <br> James C. Kelly <br> 244 5th Avenue, Suite K-278 <br> New York, NY 10001 <br> jkelly@jckellylaw.com <br> (212) 920-5042 <br> *Attorneys for Plaintiff* | By: *[signature]* <br> Akiva M. Cohen <br> 1700 Broadway <br> New York, NY 10019 <br> acohen@kusklaw.com <br> (212) 400-4930 <br> *Attorneys for Defendant Bungie, Inc.* |