UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACQUELINE SHEPHERD, on behalf of herself and all others similarly situated,

           Plaintiff,

v.

GOOGLE LLC; BUNGIE, INC.; and ID SOFTWARE LLC,

           Defendants.

Civil Action No. 21-cv-799 (ENV) (VMS)

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 3/18/2021

*/s/ Eric N. Vitaliano*
Eric N. Vitaliano
United States District Court

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant id Software LLC ("id Software") that the above-captioned action is voluntarily dismissed, with prejudice, against id Software, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned parties that each party shall bear its own fees and costs.

Dated: New York, New York
       March 16, 2021

THE LAW OFFICE OF JAMES C. KELLY

By: _____
James C. Kelly
244 5th Avenue, Suite K-278
New York, NY 10001
jkelly@jckellylaw.com
(212) 920-5042

*Attorneys for Plaintiff*

GIBBONS P.C.

By: _____
William P. Deni, Jr.
J. Brugh Lower
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
(212) 613-2000
wdeni@gibbonslaw.com
jlower@gibbonslaw.com

*Attorneys for Defendant id Software, LLC*

Margaret Esquenet (*pro hac vice*)
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4000

*Attorneys for Defendant id Software, LLC*