IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE SHEPHERD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:21-cv-00799-ENV-VMS |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE, that Plaintiff Jacqueline Shepherd hereby dismisses the above-entitled action against Defendant Google LLC pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice and without costs, disbursements, or attorneys' fees to any party.

DATED:   6/17/2021

*James Kelly*
_____
James C. Kelly
The Law Office Of James C. Kelly
244 5th Avenue, Suit K-278
New York, New York 10001
Tel: 212-920-5042
Email: jkelly@jckellylaw.com

*Counsel for Plaintiff*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 6/21/2021

*/s/ Eric N. Vitaliano*

Eric N. Vitaliano
United States District Court